UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LINDA COLSON,

                  Plaintiff,                Index No.: 06-CV-1242(ARR)(JMA)

        -against-                  STIPULATION OF
                                                          DISMISSAL WITH PREJUDICE

ASSET ACCEPTANCE CAPITAL
CORPORATION and JOEL N.
MELNICOFF, ESQ.,

                  Defendants.
------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between the respective parties hereto, that this action has been compromised and settled. Therefore, it is stipulated and agreed that all claims by plaintiff, **LINDA COLSON**, against defendants, **ASSET ACCEPTANCE CAPITAL CORPORATION and JOEL N. MELNICOFF, ESQ.**, be and hereby are dismissed with prejudice and without costs against either party.

Dated: New York, New York                          Dated: New York, New York
          August 25, 2006                                    June 21, 2006

_____            _____
Arthur Sanders, Esq.                                   Francis Bigelow, Esq.
Attorney for Defendants                           Sadis & Goldberg, LLC
2 Perlman Drive, Suite 301                      Attorneys For Plaintiff
Spring Valley, New York 10977-5230        551 Fifth Avenue, 21st Floor
(845) 352-7272                                         New York, New York 10176
                                                            (212) 573-8426

So ordered.
8/25/06

, USDJ